In the Matter of the Application of MILDRED EDDINS, Appellant, for the Determination of the Court as to the Validity of the Petitions Purporting to Designate Candidates for the Republican Party Positions of County Committee-men in the 1st to the 51st Election Districts Inclusive of the 22nd Assembly District, New York County, and Which Petitions Bear the Names of Thomas K. Eddins, Jr., William A. Cornelius and Mildred E. Eddins, as a Committee to Fill Vacancies.— Order unanimously reversed and the motion granted to the extent of directing the board of elections to print upon the official primary ballot the names of the candidates for county committeemen in the 1st to the 51st election districts inclusive of the 22nd Assembly district, New York county, appearing in the petitions bearing the names of Thomas K. Eddins, Jr., William A. Cornelius and Mildred E. Eddins as a committee to fill vacancies, upon the ground that the record fails to disclose sufficient basis for the action of the board of elections in rejecting the petitions or to support the order of the court in upholding the board's action.   Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of ALVIN D. McFRANCIS, Respondent, against S. HOWARD COHEN and Others, Commissioners of the Board of Elections, and SAMUEL KANTOR and Others, Appellants, Being the Committee on Vacancies for the Kantor Petitions, 17th Assembly District, West Side, New York County Democratic 18th, 21st, 22nd, 23rd, 28th and 34th Election Districts.— Order unanimously reversed in so far as it applies to the 18th, 21st, 23rd, 28th and 34th election districts, and the board of elections is directed to print the names of the candidates in said districts on the official primary ballot; order, in so far as it applies to the 22nd election district, unanimously affirmed.   No opinion.   Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.